UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 99-2829 AHM (CWx) [Consolidated with Case No. CV 01-1339 AHM (CWx)] | Date | January 26, 2011 |
|---|---|---|---|
| Title | John Garamendi v. Altus Finance, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Petitioner:    Attorneys **NOT** Present for Respondent:

**Proceedings:**    **(In Chambers)   Court Order**

By not later than February 2, 2011, the parties shall separately file their respective positions concerning the following:

1. Readiness for trial.

2. Scope of trial.

3. Length of trial.

4. Whether they will be making additional motions.

5. Other matters that may affect the Court's scheduling of future pre-trial deadlines and of the trial date.

_____ : _____

Initials of Preparer