UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| STEVE POIZNER, Insurance Commissioner of the State of California and as Conservator, Liquidator and Rehabilitator of Executive Life Insurance Company,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ARTEMIS S.A.,<br><br>　　　　　Defendant. | Case No. CV-99-02829 AHM (CWx)<br><br>**[PROPOSED] ORDER RE DEFENDANT ARTEMIS S.A.'S MOTION FOR RECONSIDERATION OR, ALTERNATIVELY, TO CERTIFY FOR INTERLOCUTORY REVIEW THE COURT'S ORDER DENYING ARTEMIS S.A.'S MOTION TO ENFORCE RELEASE PROVIDED IN CONNECTION WITH COMMISSIONER GARAMENDI'S POST-JUDGMENT SETTLEMENT WITH MAAF DEFENDANTS** |

1    This matter is before the Court on Defendant Artemis S.A. ("Artemis")'s Motion
2    for Reconsideration or, Alternatively, to Certify for Interlocutory Review the Court's
3    February 4, 2011 Order Denying Artemis' Motion to Enforce Release Provided in
4    Connection with Commissioner Garamendi's Post-Judgment Settlement with MAAF
5    Defendants.  The evidence presented having been fully considered, the issues having
6    been duly heard, and a decision having been duly rendered,

7    IT IS HEREBY ORDERED that:

8    ☐    Defendant Artemis' Motion for Reconsideration is **GRANTED**;
9         Defendant Artemis' Motion to Enforce Release Provided in Connection
10        with Commissioner Garamendi's Post-Judgment Settlement with MAAF
11        Defendants is **GRANTED**; and
12        Plaintiff's claims against Artemis are hereby dismissed with prejudice.
13   ☐    Defendant Artemis' Motion to Certify for Interlocutory Review is
14        **GRANTED**; and
15        The Court's February 4, 2011 Order denying Artemis' Motion to Enforce
16        Release Provided in Connection with Commissioner Garamendi's Post-
17        Judgment Settlement with MAAF Defendants is amended to include the
18        following language following the first paragraph on page one, preceding
19        the background section:
20            This Court is of the opinion that the dispositive question raised in
21            this motion – whether the settlement and release of the MAAF
22            Defendants post-judgment serves to release all of the MAAF
23            Defendants' joint tortfeasors, including Artemis – "involves a
24            controlling question of law as to which there is substantial ground

25   ///
26   ///
27   ///
28

Gibson, Dunn &
Crutcher LLP

for difference of opinion and that an immediate appeal from the order may materially advance the ultimate termination of the litigation."  28 U.S.C. § 1292(b).

**IT IS SO ORDERED.**

DATED:_____, 2011                    _____

                                                 The Honorable A. Howard Matz
                                                 UNITED STATES DISTRICT JUDGE