GIBSON, DUNN & CRUTCHER LLP
CHRISTOPHER CHORBA, SBN 216692
cchorba@gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

GIBSON, DUNN & CRUTCHER LLP
ROBERT L. WEIGEL (*Pro hac vice*)
rweigel@gibsondunn.com
MARSHALL R. KING (*Pro hac vice*)
mking@gibsondunn.com
200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

Attorneys for Defendant ARTEMIS S.A.

NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GARAMENDI, Insurance Commissioner of the State of California and as Conservator, Liquidator and Rehabilitator of Executive Life Insurance Company,<br><br>Plaintiff,<br><br>v.<br><br>ALTUS FINANCE S.A., et al.,<br><br>Defendants. | Case No. CV-99-02829 RGK (CWx)<br><br>[~~PROPOSED~~] JUDGMENT<br><br>Trial Date: October 17, 2012<br>Time: 9:00 a.m.<br>Place: Courtroom 850<br>Judge: The Hon. R. Gary Klausner |

1. It is ORDERED and ADJUDGED that judgment is entered for the Plaintiff, California Insurance Commissioner, as Conservator, Liquidator, and Rehabilitator of the Estate of Executive Life Insurance Company, and against defendant Artemis S.A., in the amount of $189,806,288, plus prejudgment interest in the amount of $51,285,732, for a total judgment of $241,092,020.

2. ~~It is further ORDERED and ADJUDGED that the Plaintiff, California Insurance Commissioner, as Conservator, Liquidator, and Rehabilitator of the Estate of Executive Life Insurance Company, take nothing on his claims for Intentional Misrepresentation, Concealment, and Conspiracy against defendant Artemis S.A., and that these claims be dismissed against defendant Artemis S.A. on the merits.~~

3. It is further ORDERED and ADJUDGED that given the unusual history of this case, especially the verdicts returned by the jury, neither Artemis S.A. nor the California Insurance Commissioner, as Conservator, Liquidator, and Rehabilitator of the Estate of Executive Life Insurance Company, shall be deemed the "prevailing party" as to the claims between them.

4. It is further ORDERED and ADJUDGED that, as of the date of this Judgment, Artemis S.A. is responsible to the California Insurance Commissioner, as Conservator, Liquidator, and Rehabilitator of the Estate of Executive Life Insurance Company (the sole "Net Artemis Judgment Obligation Party") for the amount of $131,092,020 (the "Net Artemis Judgment Obligation"), which is equal to the Judgment of $241,092,020 entered above less a credit of $110,000,000 reflecting the payment to the Commissioner made pursuant to the Court's "Amended Order Approving Payment Instructions for Transfer to the California Insurance Commissioner, in his Capacity as Conservator, Rehabilitator, and Liquidator of Executive Life Insurance Company of California Contributed by Defendant Artemis S.A. Pursuant to Its Final Settlement Agreement with the United States," dated May 5, 2004. ~~At such time as this Judgment becomes final and not subject to further appeal, any portion of this Judgment that remains unsatisfied may be satisfied, to the extent~~

~~necessary or possible, with the funds then in the USAO/Artemis Settlement Account, in accordance with the terms of the Final Settlement Agreement Between the United States Attorney's Office and Artemis S.A., Francois Pinault, Patricia Barbizet, Marie-Christine de Percin, and Emmanuel Cueff, dated December 15, 2003 (the "USAO/Artemis Settlement Agreement"). Nothing in this Judgment shall be deemed to modify or abrogate any of the terms of the USAO/Artemis Settlement Agreement.~~

~~5.    It is further ORDERED and ADJUDGED that in light of the $595,250,000 paid by the Settling Defendants, the Net Artemis Judgment Obligation of $131,092,020 is hereby reduced to $0. Accordingly, the Commissioner shall take nothing further on his claims against Artemis S.A.~~

Dated: April 02, 2013

_____/s/ Gary Klausner_____
The Honorable R. Gary Klausner
United Stated District Judge

Respectfully Submitted By:

GIBSON, DUNN & CRUTCHER LLP

By:    _____/s/ Robert L. Weigel_____
            Robert L. Weigel

Attorneys for Defendant ARTEMIS S.A.

Dated: March 12, 2013

2